FILED
2011 Apr-18 AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALVIN RANDY PIERCE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-03428-RBP |
| | ) |
| JUDGE ALLEN MILLICAN, | ) |
| JUDGE DAVID KIMBERLY, | ) |
| SHERIFF TODD ENTREKIN, | ) |
| CHIEF JOHNNY GRANT, | ) |
| CHIEF SCOTT HASSELL, | ) |
| and THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus filed by Alvin Randy Pierce. (Doc. 1).  After preliminary review, the magistrate judge assigned this case determined that it was due to be dismissed with prejudice.  (Doc. 14).  The petitioner has not filed objections to the magistrate judge's determination.  (Doc. 11).

There having been no objection, the court adopts and approves the Magistrate Judge's Report and Recommendation and the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

This the 18th  day of April, 2011.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**